**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

————————————————

No. 25-12180

Non-Argument Calendar

————————————————

WARREN MOSLER,

*Plaintiff-Counter Defendant*
*Appellee,*

*versus*

JAMES TODD WAGNER,

*Defendant-Counter Claimant*
*Appellant.*

————————————————

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:25-cv-60022-DSL

————————————————

Before JORDAN, LUCK, and KIDD, Circuit Judges.

PER CURIAM:

In February 2025, Warren Mosler filed an amended complaint against James Wagner, asserting claims for defamation *per se* and unauthorized publication of Mosler's name or likeness, in violation of Florida law. Wagner filed an answer, in which he asserted a counterclaim for civil theft.

In June 2025, the district court granted Mosler's motion to dismiss Wagner's counterclaim and dismissed it without leave to amend. Wagner, *pro se*, appealed that order. Mosler filed a motion to dismiss the appeal for lack of jurisdiction, arguing that the appeal was not taken from a final judgment.

We lack jurisdiction over the appeal. The district court's order dismissing Wagner's counterclaim was not final because it did not end the litigation on the merits, as Mosler's claims remain pending before the district court. *See* 28 U.S.C. § 1291; *CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000); *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1246 (11th Cir. 2012) (noting that an order that disposes of fewer than all claims against all parties is not immediately appealable). Additionally, the district court did not certify the order for immediate review. *See* Fed. R. Civ. P. 54(b); 28 U.S.C. § 1292(b). Finally, the order is not appealable under the collateral order doctrine because the district court's dismissal of Wagner's civil theft counterclaim can be effectively reviewed after the court disposes of Mosler's claims. *See Plaintiff A v. Schair*, 744 F.3d 1247, 1253 (11th Cir. 2014) (explaining that an order that does not conclude the litigation may be appealed

25-12180              Opinion of the Court                    3

under the collateral order doctrine if it, *inter alia*, is effectively un-reviewable on appeal from a final judgment).

Accordingly, Mosler's motion to dismiss is GRANTED, and this appeal is DISMISSED.